# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT WEDNESDAY, JANUARY 8, 2014
## AT 9:00 A.M.

(Before Chief Justice Brian Quinn, Justice James T. Campbell, Justice Mackey K. Hancock)

| | | |
|---|---|---|
| **07-13-00045-CR** | Jonathan Shadden v. The State of Texas | Lubbock County |
| | Joel Cook - Appellant | O/A Requested |
| | Jeffrey S. Ford, Asst. Criminal District Attorney - State | O/A Requested |
| **07-13-00147-CR** | The State of Texas v. Gerald Barrow | Hale County |
| | LANEY LAW FIRM (Troy Bollinger) - Appellant | O/A Requested |
| | Meredith Parker, Asst. District Attorney - State | O/A Requested |
| **07-13-00287-CV** | City of Fritch v. Kirk Coker | Hutchinson County |
| | SPROUSE, SHRADER, SMITH, P.C. (Lee Ann Reno, Alex Yarbrough) – Appellant | O/A Requested |
| | KILLION LAW FIRM (James L. Killion, Samantha Peabody Estrello) – Appellee | O/A Requested |